### Annie Curran, Appellee, v. Patrick B. Curran, Appellant.

### Gen. No. 20,328.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. DENIS E. SULLIVAN, Judge, presiding. Heard in this court at the March term, 1914. Affirmed. Opinion filed January 25, 1915.

### Statement of the Case.

Bill for divorce by Annie Curran against Patrick B. Curran for desertion and extreme and repeated cruelty.

The evidence showed, and it was admitted, that the husband left complainant on September 27, 1910, and never supported her nor offered to support her thereafter. The bill was filed May 23, 1913. The evidence as to the cause of his leaving was conflicting.

From a decree for complainant, respondent appeals.

PATRICK B. CURRAN and C. S. O'MEARA, for appellant.

KELLEY, FARDY & GRIFFIN, for appellee.

MR. PRESIDING JUSTICE BROWN delivered the opinion of the court.

The Philadelphia & Reading C. & I. Co. v. Kuecken, 191 Ill. App. 161.

## Abstract of the Decision.

DIVORCE, § 48*—*when decree on ground of desertion sustained.* Where the evidence on a bill for divorce by a wife against a husband on the ground of desertion shows that the husband left her more than two years before the date of the filing of bill and never supported nor offered to support her thereafter, and the evidence as to the cause of his leaving is conflicting, a decree in favor of the complainant will not be disturbed on appeal.